UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THAD TATUM, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JUNG REALTY CO., INC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) DOCKET NO. 2:12-cv-01936 <br> ) <br> ) JUDGE MORGAN <br> ) <br> ) MAG. JUDGE CHASEZ <br> ) <br> ) SECTION "E (5)" <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,

By: /s/ Andrew D. Bizer
Andrew Bizer, Esq. (LA # 30396)
*Attorney for Plaintiff*
757 St. Charles Avenue, Suite 302
New Orleans, LA 70130
Phone: 504-619-9999
Fax:    504-592-3300
andrew@bizerlaw.com

Respectfully Submitted,

By: /s/Nina Wessel English
Nina Wessel English, Esq. (# 29176)
*Attorney for Defendant*
201 St. Charles Avenue, 40 Floor
New Orleans, LA 70170
Phone: 504-582-1111
Fax:    504-582-1121
nenglish@gordonarata.com